UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONYA CHADI,

    Plaintiff,

v.                                                          CASE NO: 8:12-cv-683-T-26MAP

ERIC K. SHINSEKI, SECRETARY OF
VETERANS AFFAIRS,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Extend Case Management Conference Deadline (Dkt. 9) is granted. The time for the parties to conduct a case management conference is extended until July 6, 2012, with the case management report being filed within fourteen (14) days of the conference.

**DONE AND ORDERED** at Tampa, Florida, on May 23, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record