# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

TONYA CHADI,

     Plaintiff,

v.                           CASE NO: 8:12-cv-683-T-26MAP

ERIC K. SHINSEKI, SECRETARY OF
VETERANS AFFAIRS,

     Defendant.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Extend Case Management Conference Deadline (Dkt. 9) is granted. The time for the parties to conduct a case management conference is extended until July 6, 2012, with the case management report being filed within fourteen (14) days of the conference.

**DONE AND ORDERED** at Tampa, Florida, on May 23, 2012.


                             *s/Richard A. Lazzara*
                            **RICHARD A. LAZZARA**
                            **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record